UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-22917-CIV-LENARD

**ROBERT McFEE,**

    Plaintiff,

v.

**CARNIVAL CORPORATION**
a Panamanian Corporation d/b/a
**CARNIVAL CRUISE LINE,**

    Defendant.
_____/

**ORDER OF RECUSAL**

The undersigned district judge, to whom the above-styled cause has been assigned, hereby recuses herself and refers this cause to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455.

**DONE AND ORDERED** in Chambers at Miami, Florida this 11th day of May, 2020.

                                                                                            **JOAN A. LENARD**
                                                                                           **UNITED STATES DISTRICT JUDGE**

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of **United States District Judge**__Marcia G. Cooke_____.

Copies of this order shall be served on all pending parties of record by the United States Mail. All documents for filing in this case shall carry the following case number and designation: 19-22917-CIV-COOKE/O'SULLIVAN.

By order of Court this 11th day of 2020.

                                              ANGELA NOBLE
                                              Clerk of Court

                                                        J. Conway

                                              by: Deputy Clerk